AE



RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Kebron Ramond Dennis I

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV7224
JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

vs.

officer George Volko
officer Donald Paulon
detective Larry Holman
detective Timothy Buckingham
Waukegan Police Department
officer Goodale

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

  ✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

  ___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

  ___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Kebron Ramond Dennis I

   B. Date of Birth: 7-27-77

   C. List all aliases: _____

   D. Prisoner identification number: L110118

   E. Place of present confinement: Lake County Jail

   F. Address: P.O. Box 38 Waukegan IL. 60079

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: George Valko
      Title: officer
      Place of Employment: Waukegan Police Department

   B. Defendant: Donald Paulsen
      Title: officer
      Place of Employment: Waukegan Police Department

   C. Defendant: Larry Holman
      Title: detective
      Place of Employment: Waukegan Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendant (continued)

D. Defendant: Timothy Buckingham
Title: detective
Place of Employment: Waukegan Police Department

E. Defendant: The Waukegan Police Department
Title: Employer
Place of Employment: Waukegan, Illinois

F. Defendant: Mr. Goodale
Title: officer
Place of Employment: Waukegan Police Department

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

For starters, I am not an attorney, nor do I desire to become immersed in doing legal work. Though there are some legal issues looming to be rendered. So please consider the following.

On the night of August 24th 2003, I was involved in an altercation with a former friend. During a visit to his home, he assaulted me with a knife. After a loosing the knife from his clutches, we shot each other.

This event took place at or near 11:30 p.m. While leaving the place of action to the hospital that my insurance covered, I was pulled over by Waukegan police officer, George Valko. The records indicate my stop at gunpoint occurred @ 11:50 p.m. Officer Valko waited for backup as he states to have been officer Donald Paulsen. Upon exiting the vehicle with no shirt on from the heat and trying to suppress the bleeding, I informed the arresting officers Goodale that I had been shot.

4

According to trial testimony of officer Valko, there was a noticeable amount of blood. Officer Paulson whom was the lead evidence technician in the case later testified that he observed "from a distance a large amount of blood", and he also stated that he also observed "pooling of blood" on the ground after I knelt to George Valkas request.

At that point I was handcuffed and put into the squad car. Which is where I sat with an unfamiliar pulse in my leg. Which also brought about chills, hyper sweats, and blood plasma cake on my rectum. These external states seemingly didn't end, but lasted an hour or more. As the record including trial transcripts, medical admittance forms, and EMT paperwork, indicate that I was not transported from the point of arrest to the hospital until after 1 A.M. on August 25th 2003. Whilst in near danger of shock, loosing bodily fluids (at the place of arrest) the Waukegan Police Department officers Paulson, Valko & Goodale blatantly refused to consider my health condition and the need for medical attention. There were a plethora of badges roaming about the area. Some would come to the squad car and ask me questions about the case and possible weapons involved. Others would crack the window after seeing me banging

5

my head on the glass for air. As if it were a game. Up and down repeatedly. I had no shirt on and was very hot. With an intense surge of searing heat that was stemming from a profusely bleeding wound. Pain! As I began to hyperventilate there was an argument about giving me water, between some of the officers. So all I got was an indirect facial blast, as I was forcibly held down someone was chanting and yelled. Insisted "don't swallow." During that time everything around me seemed to have traces of a form of essence of light that was reminiscent of my youthful experiences with the drug L.S.D. A stupor or else neurotic trance while being cajoled and probed to the extremity.

Upon reaching the hospital @ 1:30 A, according to the trial records & hospital proofs. I learned that I was shot near the femoral artery, in the thigh. It happens to be a major flow through of blood and potentially can be life threatening. During the hospital scene as bulbs & lights, oxygen? I.V.s were a dizzying state similar to the media blitz of the paparazzi. Detective Holman rushed me in a fierce manner. With questions about the incident. Including but not limiting himself to

making plays about innocence, marital status, and emotional state. All of this happened while laying in a hospital bed with no dressing on my wound. The gunshot was still bleeding profusely and I hadn't been read Miranda Warnings. At the same time, a bullet hadn't been recovered. Nor was I completely coherent. The nurse demanded they leave and I eat some ice to stay awake. Detective Holman's blatant abuse of my rights sent me through a trigger of emotional recluse. I became mentally disturbed and perturbed as to his anchoring over my health. All of this was done with a disregard for my health, medical condition, and Fourth Amendment protection.

Having been poked and prodded by the Waukegan Police Department at the hospital long enough, I was transported after medical help. To the station where detective Timothy Buckingham had "no knowledge" as he testified at a hoax medication or condition I was in. Began his interrogation. He gave me a cigarette and began asking me about my life. He insisted I had a disorder. Reluctantly after hours of probing and other forms of mental interrogation, he placed paper after paper of typed statements in front of me. He also insisted that if I sign I'll leave and get to rest my still crusty leg.

His words were "you ain't leaving until you sign something, your kids want you." Reluctantly I signed @ 5:30 A.M. Though several if not all statements he typed were inaccurate.

In brief: The precipitating events led to legal misconduct. As reviewed by the Appellate Court. Some of the practices were questionable. To be as brief and concise as I can is to establish a good claim. I did not file previously or earlier because I was under the impression that no claims may be filed while legal actions are underway.

Now that the Appellate Judicial has remanded & reversed, I feel now is the proper moment to pursue these issues. To need know: The statements adduced in the emergency room by Dt. Holman and interrogation room by Dt. Buckingham were deemed inadmissible by Appellate. As impeachment issues and misconduct were primary causes. In question also was exactly what took place during the time frame of 11:50p-1:30a on 8-24-3 - 8-25-3 since I wasn't mirandized or formally under arrest while being witheld from getting much needed medical attention. The pain was insane, I currently have a deep divot in my leg as I was shot just millimeters away from a major blood passage (femoral artery) which can

cause death if punctured, torn, or lacerated. There was no consideration to the seriousness of my physical injury or neurological effects the entire ordeal has had upon me. Including mobility and above all the assumed guilt imposed upon me has gravely affected my vitality.

    In conclusion, I hope I've been thorough enough to capture the attention of whom need to know. Again I am not an aspiring attorney nor so called jail-house lawyer. Though I identify two portions of my claim. First the detainment on the roadside which barred me from medical treatment. Then the harrassment in C.R. which led to illegally fabricated statement and interrogation. Both of which not only altered my life seemingly more than the offense, but also are key ingredients to me being maligned by the 19th Judicial Circuit Court. Please consider the woeful happenings enough to grant me the needed gravity I am vehemently in pursuit of. For I have been dispossessed even greater having lost in more ways than one.

Respectfully True.

B.

Additional Note:

In order to be complete and to prevent the dismissal of a potential winning claim, I have included officer Goodale as a cohort along with the other. According to escaping memory and my total records, he was the one who handcuffed me at the scene of the traffic stop. As he also accompanied me to the hospital inside of the emergency transport vehicle. This was testified to by officer Donald Paulsen. The mysterious element is the fact that he was not at all on the witness stand in my criminal trial. I believe though it wasn't relevant at the time, it is certainly pertinent to the action I'm ensuing. Since he was not subpoenaed I do not have his full name.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I am seeking potential monetary gains from a situation which was made worse by the authority involved. I have been further dispositioned by the addressing of the legal issues. It has greatly effected my state of mind, trust of authority, willingness to ask for help when in need of law officials presence, and my financial status according to my familial duties and needs.*

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _5th_ day of _December_ 2007

_____
(Signature of plaintiff or plaintiffs)

_Kebron R. Dennis I_
(Print name)

_110118_
(I.D. Number)

_P.O. Box 38 Waukegan IL 60079_
(Address)

6                                   Revised 5/2007