PRISONER CASE 

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC **FILED**
DEC 26 2007
DEC 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** KEBRON RAMOND DENNIS I | **Defendant(s):** GEORGE VOLKO, et al. |
| **County of Residence:** LAKE | **County of Residence:** |
| **Plaintiff's Address:** Kebron Ramond Dennis I<br>L-110118<br>Lake - LCJ<br>P.O. Box 39<br>Waukegan, IL 60086 | **Defendant's Attorney:**<br><br>07CV7224<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE DENLOW |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *Q. E. Woodson*    **Date:** 12/26/2007