AE

FILED

DEC 2 6 2007
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Hebron R. Dennis I
_____
Plaintiff

v.   officer Goodale
     officer George Valko
     officer Donald Paulsen
     Detective Larry Holman
     Detective Timothy Buckingham
     Waukegan Police Department
_____
Defendant(s)

07CV7224
JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Hebron R. Dennis__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __L110118__   Name of prison or jail: __Lake County Jail__
   Do you receive any payment from the institution? ☐Yes  ☒No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __4·3·00 thru 8·26·3__
      Monthly salary or wages: __$2,100__
      Name and address of last employer: __Comcast in Waukegan Illinois__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: __Divorce Pending__
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages       N/A              ☐Yes   ☐No
      Amount _____   Received by _____

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount _N/A_ Received by _____

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount _N/A_ Received by _____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                       ☐Yes ☒No
Amount _N/A_ Received by _____

  e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount _N/A_ Received by _____

  f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount _N/A_ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
In whose name held: _N/A_ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: _N/A_ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: _N/A_
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                       ☐Yes ☒No
Property: _N/A_
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_Hebron Jamor Dennis II, Nellyka Angelina Dennis, Imari Zickwan Dennis. All children of 1st wife. I have no available means to support them financially._

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12·13·7

_____
Signature of Applicant

Hebron R. Dennis
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Hebron Dennis, I.D.# 41011 8, has the sum of $ 16.68 on account to his/her credit at (name of institution) Lake County Jail.
I further certify that the applicant has the following securities to his/her credit: Ø. I further certify that during the past six months the applicant's average monthly deposit was $ 58.83.
(Add all deposits from all sources and then divide by number of months).

12/13/07
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Marimpeh Colon
(Print name)

12-16-07 20:24 IN

rev. 10/10/2007

Date Printed: 12/12/2007 11:09

Page 1

# Cash History Report
## 101 - Inmate Account
### L110118: DENNIS, KEBRON RAMOND SR: Balance = $33.01

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Deposit | $42.98 | 6/6/2007 2:01:23 PM | 12 CK 18422 LAWRENCE CORR | $42.98 |
| Withdrawal | ($33.68) | 6/8/2007 6:52:33 AM | Commissary Sale | $9.30 |
| Withdrawal | ($4.50) | 6/8/2007 10:34:07 AM | Commissary Sale | $4.80 |
| Withdrawal | ($4.04) | 6/15/2007 7:14:33 AM | Commissary Sale | $0.76 |
| Deposit | $15.00 | 6/18/2007 8:55:16 PM | 02 MO0241 | $15.76 |
| Withdrawal | ($15.03) | 6/19/2007 7:39:57 AM | Commissary Sale | $0.73 |
| Withdrawal | $1.98 | 6/19/2007 2:33:16 PM | Commissary Return | $2.71 |
| Withdrawal | ($2.10) | 6/19/2007 2:33:30 PM | Commissary Sale | $0.61 |
| Withdrawal | ($0.60) | 7/2/2007 9:25:40 AM | Commissary Sale | $0.01 |
| Deposit | $20.00 | 7/7/2007 12:48:48 PM | 02 MO8911 | $20.01 |
| Withdrawal | ($19.31) | 7/9/2007 8:36:38 AM | Commissary Sale | $0.70 |
| Withdrawal | ($0.60) | 7/12/2007 8:52:39 AM | Commissary Sale | $0.10 |
| Deposit | $20.00 | 7/13/2007 7:50:24 PM | 02- MO8046 | $20.10 |
| Deposit | $30.00 | 7/13/2007 7:50:57 PM | 02- MO5527 | $50.10 |
| Withdrawal | ($39.04) | 7/16/2007 7:41:14 AM | Commissary Sale | $11.06 |
| Withdrawal | $2.90 | 7/18/2007 8:15:23 AM | Commissary Return | $13.96 |
| Withdrawal | ($3.49) | 7/19/2007 8:02:52 AM | Commissary Sale | $10.47 |
| Withdrawal | ($4.08) | 7/23/2007 9:40:56 AM | Commissary Sale | $6.39 |
| Deposit | $40.00 | 7/24/2007 8:09:58 PM | 02 MO 7300 | $46.39 |
| Withdrawal | ($24.07) | 7/26/2007 8:24:18 AM | Commissary Sale | $22.32 |
| Withdrawal | ($6.47) | 7/30/2007 9:47:35 AM | Commissary Sale | $15.85 |
| Withdrawal | ($5.65) | 8/2/2007 8:49:11 AM | Commissary Sale | $10.20 |
| Withdrawal | ($4.70) | 8/6/2007 8:08:03 AM | Commissary Sale | $5.50 |
| Withdrawal | ($2.49) | 8/9/2007 8:32:31 AM | Commissary Sale | $3.01 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | ($2.90) | 8/10/2007 6:52:03 AM | Commissary Sale | $0.11 |
| Deposit | $25.00 | 9/2/2007 6:04:27 PM | 02 MO 8538 | $25.11 |
| Deposit | $10.00 | 9/2/2007 6:04:57 PM | 02 MO 8472 | $35.11 |
| Withdrawal | ($14.32) | 9/3/2007 9:13:55 AM | Commissary Sale | $20.79 |
| Withdrawal | ($8.14) | 9/6/2007 8:02:30 AM | Commissary Sale | $12.65 |
| Withdrawal | ($10.54) | 9/10/2007 7:43:06 AM | Commissary Sale | $2.11 |
| Deposit | $30.00 | 9/11/2007 4:11:18 PM | 02 MO 0918 | $32.11 |
| Withdrawal | ($14.50) | 9/13/2007 7:49:05 AM | Commissary Sale | $17.61 |
| Withdrawal | ($12.47) | 9/20/2007 7:38:06 AM | Commissary Sale | $5.14 |
| Withdrawal | ($3.71) | 9/24/2007 8:06:15 AM | Commissary Sale | $1.43 |
| Withdrawal | ($0.99) | 9/24/2007 2:57:02 PM | Commissary Sale | $0.44 |
| Deposit | $50.00 | 11/5/2007 7:32:29 PM | 02 MO9358 | $50.44 |
| Withdrawal | ($31.27) | 11/8/2007 7:57:24 AM | Commissary Sale | $19.17 |
| Withdrawal | ($14.66) | 11/12/2007 6:34:05 AM | Commissary Sale | $4.51 |
| Withdrawal | ($3.46) | 11/19/2007 8:20:23 AM | Commissary Sale | $1.05 |
| Deposit | $10.00 | 11/19/2007 1:48:57 PM | 02 MO0433 | $11.05 |
| Withdrawal | ($9.44) | 11/19/2007 1:58:45 PM | Commissary Sale | $1.61 |
| Withdrawal | ($0.82) | 11/26/2007 8:18:59 AM | Commissary Sale | $0.79 |
| Deposit | $10.00 | 12/4/2007 2:10:58 PM | 02 MO2096 | $10.79 |
| Withdrawal | ($10.56) | 12/6/2007 9:06:49 AM | Commissary Sale | $0.23 |
| Deposit | $50.00 | 12/10/2007 2:12:51 PM | 02 MO3615 | $50.23 |
| Withdrawal | ($17.22) | 12/11/2007 7:40:42 AM | Commissary Sale | $33.01 |