**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kebron Ramond Dennis | 07-C-7224 |
| DEFENDANT | TYPE OF PROCESS |
| Officer George Volko, etal. | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Waukegan Police Department - Police Officer - Goodale

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
420 Robert V. Sabonjian Place    Waukegan, IL    60085    (847) 360-9000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kebron Ramon Dennis, I. - #L-110118
Lake County Jail - LCJ
P.O. Box 38
Waukegan, IL    60086

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

[FILED FEB 15 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 5 of 5
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: T.R.
Date: 1/9/2008

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/8/08    Time: 2:35    pm
Signature of U.S. Marshal or Deputy: George Pieter

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: One service fee charged same location + case see process sheet #1 for charges.
1 DUSM x 2 hours @ 84 miles, round trip. SP

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|