UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEBRON RAMOND DENNIS I, ) <br> ) <br> Plaintiff, ) <br> ) Case no. 07 C 7224 <br> v. ) <br> ) Judge Charles P. Kocoras <br> GEORGE VALKO, DONALD PAULSEN, ) <br> LARRY HOLMAN, TIMOTHY ) <br> BUCKINGHAM, WAUKEGAN POLICE ) <br> DEPARTMENT, AND OFFICER SCOTT ) <br> GOODALE, ) <br> Defendants. ) <br> ) | |

## MOTION FOR SUMMARY JUDGMENT BASED UPON EXPIRATION OF THE STATUTE OF LIMITATIONS

Now come the Defendant Officers, George Valko, Donald Paulsen, Larry Holman, Timothy Buckingham, and Scott Goodale, and move this Court pursuant to Fed. R. Civ. P. 56(b), which provides that "[a] party against whom a claim… is asserted or a declaratory judgment sought may, at any time, move with or without supporting affidavits for a summary judgment in the party's favor as to all or any part thereof." F.R.C.P. 56. Summary judgment is appropriate "…if the pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits, if any, show that the moving party is entitled to a judgment as a matter of law." F.R.C.P. 56(c).

The Defendant Officers are entitled to summary judgment in their favor based upon the expiration of the statute of limitations. Defendants submit the attached memorandum of law and statement of material fact in support of the instant motion.

WHEREFORE, Defendants Officers, George Valko, Donald Paulsen, Larry Holman, Timothy Buckingham, and Scott Goodale, pray that this Honorable Court grant summary judgment in their favor on the only remaining cause of action, denial of medical care, based on the expiration of the statute of limitations.

Respectfully submitted,

/s/ Gretchen A. Neddenriep
Gretchen A. Neddenriep,
Attorney for Defendant Officers

GRETCHEN A. NEDDENRIEP #06270338
DIVER, GRACH, QUADE & MASINI, LLP
111 N. County Street
Waukegan, Illinois 60085
(847) 662-8611
(847) 662-2960 (fax)