UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEBRON RAMOND DENNIS I,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE VALKO, DONALD PAULSEN, LARRY HOLMAN, TIMOTHY BUCKINGHAM, WAUKEGAN POLICE DEPARTMENT, AND OFFICER SCOTT GOODALE,<br><br>Defendants. | Case no. 07 C 7224<br><br>Judge Charles P. Kocoras |

## LOCAL RULE 56.1 STATEMENT OF MATERIAL FACT

1. On December 26, 2007, *pro se* Plaintiff, Kebron Ramond Dennis I, filed his initial Complaint pursuant to the Civil Rights Act, Title 42 Section 1983 of the U.S. Code, against the Waukegan Police Department and five named Waukegan Police Officers alleging that the officers violated his constitutional rights by denying him medical care when they arrested him and by later interrogating him without advising him of his *Miranda* rights. *Complaint*.

2. Pursuant to 28 U.S.C. §1915A, this Court conducted a threshold review of the Complaint and dismissed Plaintiff's cause of action as it related to interrogating him without advising him of his *Miranda* rights. *January 3, 2008 Order*.

3. Pursuant to 28 U.S.C. §1915A, this Court also dismissed the cause of action against the Waukegan Police Department as it is a non-suable entity citing

2

*Gray v. City of Chicago*, 159 F.Supp. 1086, 1088 (N.D. Ill. 2001), *January 3, 2008 Order.*

4. After the January 3, 2008 Order was entered, all that remains of Plaintiff's Complaint is that portion alleging that the five named Waukegan Police Officers denied Plaintiff medical care when they arrested him. *January 3, 2008 Order.*

5. The denial of medical care is alleged to have occurred on August 24, 2003, at approximately 11:50 p.m. when Plaintiff's car was stopped by Defendant Officer, George Valko, en route to the hospital after Plaintiff and his former friend shot each other. *Complaint, pg. 4.*

6. Plaintiff was transported to the hospital from the point of arrest sometime after 1:00 a.m. on August 25, 2003. *Complaint, pg. 5.*

7. Plaintiff arrived at the hospital at approximately 1:30 a.m. on August 25, 2003 *Complaint, pg. 6.*

Respectfully submitted,

/s/ Gretchen A. Neddenriep
    Gretchen A. Neddenriep,
    Attorney for Defendant Officers

GRETCHEN A. NEDDENRIEP #06270338
DIVER, GRACH, QUADE & MASINI, LLP
111 N. County Street
Waukegan, Illinois 60085
(847) 662-8611
(847) 662-2960 (fax)