UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| KEBRON RAMOND DENNIS I, | ) ) | |
| Plaintiff, | ) ) | Case no. 07 C 7224 |
| v. | ) ) | Judge Charles P. Kocoras |
| GEORGE VALKO, DONALD PAULSEN, LARRY HOLMAN, TIMOTHY BUCKINGHAM, WAUKEGAN POLICE DEPARTMENT, AND OFFICER SCOTT GOODALE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To: Mr. Kebron Ramond Dennis, I, Lake County Jail – L-110118, P. O. Box 38, Waukegan, IL 60079

PLEASE TAKE NOTICE that on March 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras, or any judge sitting in his stead, in the Court Room 1725, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there request that a briefing schedule be set on the attached Motion for Summary Judgment.

Gretchen A. Neddenriep
**DIVER, GRACH, QUADE & MASINI, LLP**
111 N. County St.
Waukegan, IL 60085　　　　　　　　　　　　By: /s/Gretchen A. Neddenriep
Telephone (847) 662-8611　　　　　　　　　　　　Gretchen A. Neddenriep
Facsimile (847) 662-2960
Attorney No. 6270338

**PROOF OF SERVICE**

　　　　Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the foregoing was served upon plaintiff by way of U. S. Mail deposited at Madison and County Streets, Waukegan, Illinois, at approximately 5:00 p.m. and by electronically filing same on the 28th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gretchen A. Neddenriep
　　　　　　　　　　　　　　　　　　　　　　　　Gretchen A. Neddenriep