UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| KEBRON RAMOND DENNIS I,<br>    Plaintiff,<br><br>v.<br><br>GEORGE VALKO, DONALD PAULSEN,<br>LARRY HOLMAN, TIMOTHY<br>BUCKINGHAM, WAUKEGAN POLICE<br>DEPARTMENT, AND OFFICER SCOTT<br>GOODALE,<br>    Defendants. | Case no. 07 C 7224<br><br>Judge Charles P. Kocoras |

## NOTICE OF FILING & PROOF OF SERVICE

**TO:** Mr. Kebron Ramond Dennis I, Lake County Jail – L-110118, P. O. Box 38, Waukegan, IL 60079

**PLEASE TAKE NOTE** that on the 28th day of February, 2008, the undersigned filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Appearances of Attorneys Neddenriep, Quade and Hazan; Motion for Summary Judgment Based upon Expiration of the Statute of Limitations; Local Rule 56.1 Statement of Material Fact, and Memorandum of Law in Support of Motion for Summary Judgment Based upon Expiration of the Statute of Limitations,** copies of which are hereby attached and served upon you:

Dated: February 28, 2008.

**DIVER, GRACH, QUADE & MASINI, LLP**
Attorneys for Defendant
111 N. County St.
Waukegan, IL  60085           By: /s/ Gretchen A. Neddenriep
(847) 662-8611                         Gretchen A. Neddenriep – 06270338

## PROOF OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the foregoing was served upon the parties at the stated addresses by depositing copies in the U.S. Mail, with proper postage prepaid in Waukegan, Illinois at or about the hour of 5:00 p.m. and by sending, via *overnight mail*, to Judge Kocoras on February 28, 2008.

/s/ Gretchen A. Neddenriep