Dear Clerk of the Court,

FILED
APR - 7 2008
APR 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My name is Hebron R. Dennis Case # 07C7224. Not too long ago I've received a reply from the defendant in my case. This reply warrants a response. I do know that it is not the responsibility of this court to reply for me. Though in order to give a response I must research and comply with the rules in this procedure alone.

Currently, I am at a disadvantage. I need verification by the court to confirm that I am "Pro Se." In order to make use of the copier machine. With other resources this institution (Lake County Jail) has.

Simply, the librarian has informed me that she needs something expressly stating that Case #07C7224 Hebron Ramond Dennis I is a pro se litigant or else has the duty of representing himself in this court.

Otherwise my task becomes even more complicated by the burden imposed. Clerk, I humbly ask that you can assist me in finding something to substantiate my claims with the current facility I'm with. Something with my court deadline stated may suffice. I've shown & described all paper work that I currently have. Please assist.

Sincerely,
[signature]