UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| KEBRON RAMOND DENNIS I,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>GEORGE VALKO, DONALD PAULSEN,<br>LARRY HOLMAN, TIMOTHY<br>BUCKINGHAM, WAUKEGAN POLICE<br>DEPARTMENT, AND OFFICER SCOTT<br>GOODALE,<br>　　　　Defendants. | )<br>)<br>)<br>) Case No. 07 C 7224<br>)<br>) Judge Charles P. Kocoras<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:** Mr. Kebron Ramond Dennis I, Lake County Jail – L-110118, P. O. Box 38, Waukegan, IL 60079

   **PLEASE TAKE NOTE** that on the 22nd day of April, 2008, the undersigned filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Waukegan Police Officers' Reply in Support of Motion for Summary Judgment Based upon the Statute of Limitations,** a copy of which is hereby attached and served upon you:

Dated: April 22, 2008.

**DIVER, GRACH, QUADE & MASINI, LLP**
Attorneys for Defendants
111 North County Street
Waukegan, IL 60085                   By: /s/ Gretchen A. Neddenriep
(847) 662-8611 - telephone                  Gretchen A. Neddenriep – 06270338
(847) 662-2960 - fax

## PROOF OF SERVICE

   Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the foregoing was served upon the party at the above-stated address by depositing a copy in the U.S. Mail, with proper postage prepaid in Waukegan, Illinois at or about the hour of 5:00 p.m. and by sending, via *overnight mail*, to Judge Kocoras on April 22, 2008.

                              /s/ Gretchen A. Neddenriep