FILED
APR 2 2 2008
APR 2 2 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the Court,

07C7224

    I hope that my needed works are obtained within the applicable limit of time.

    At the onset of this filing in December, I've had barriers in communication set to plea. Primarily due to the staff @ this Lake County Jail.

    There were issues with trying to obtain needed documentation, proving that I am pro se litigant, accessing law library references and getting copies made.

    For the record. The server on the digital law library (no books) was "down" for two weeks within the time given to me to file this reply. If there is a problem with the deadline, I'll assume responsibility of getting this verified by whomever is willing to admit the inaccessibility of legal references at this facility.

    This is not a sympathy plea. I am one of few words though when spoken have great restorative value. In addition, I'm pending release from jail-legal issues of another nature. Which shall allow me to better handle this among other responsibilities with the uninhibited attention they demand.

    Very truly yours,

    [signature]