

UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT OF ILLINOIS

KEBRON RAMOND DENNIS I,                    07CV 7224
           v.   Plaintiff,                 Case no. 07C 7224
GEORGE VALKO, DONALD PAULSEN,              Judge Charles P. Kocoras
LARRY HOLMAN, TIMOTHY BUCKINGHAM,          APR 22 2008   FILED
AND OFFICER SCOTT GOODALE,                 APR 22 2008
                Defendants.                Apr 22, 2008
                                           MICHAEL W. DOBBINS
                                           CLERK, U.S. DISTRICT COURT

NOTICE of FILING & PROOF of SERVICE

TO: Attorneys for the Defendants & Court  III N. County St. Waukegan Il. 60085

PLEASE TAKE NOTE that on the 16th day of April 2008, the undersigned filed via mail with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the opposing motion for summary judgement, based on stopping or tolling of applicable time period, Reply to Local Rule 56·1 Statement of Material Facts, Memorandum of Law In Support of motion against Summary Judgement, one copy of initial complaint pg. 4, and explanation re Assert Claim Validity, copies of which hereby are attached and served upon you.

Dated: April 16th 2008

KEBRON R. DENNIS ° Pro Se Litigant

PROOF OF SERVICE

I KEBRON RAMOND DENNIS I, swear under penalty of perjury that I served a copy of the attached documents on the 16th day of April 2008 by placing it in the mail at the Lake County Jail on April 16 2008

FILED

APR 22 2008

Apr. 22, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 22 2008

UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT OF ILLINOIS

KEBRON RAMOND DENNIS I,

      v.      Plaintiff,

GEORGE VALKO, DONALD PAULSEN,
LARRY HOLMAN, TIMOTHY BUCKINGHAM,
AND OFFICER SCOTT GOODALE,

           Defendants.

Case no. 07 C 7224

Judge Charles P. Kocoras

## MOTION OPPOSING SUMMARY JUDGEMENT BASED ON TOLLING of THE APPLICABLE TIME PERIOD

Now come the Plaintiff, KEBRON RAMOND DENNIS I, and move this Court pursuant to Fed. R. Civ. P. 56(e) which provides that "the opposing party must set forth specific facts showing that there is a genuine issue for trial."

The Plaintiff is entitled to trial based upon 735 ILCS 5/13 202 § 10.03 "1. a determination of what limitation period of time is applicable," "2. a determination of the time accrual of the claim," "3. whether any event triggers the stopping or tolling of the applicable time period?"

Plaintiff humbly submits the attached memorandum of law, response to the statement of material fact and explanation to assert claims validity in support of instant motion.

WHEREFORE, Plaintiff KEBRON RAMOND DENNIS I, pray that this Honourable Court grant opposing motion to summary judgement in their favor on true remaining cause of action: Denial of Medical Care.

Respectfully Submitted, 2) KEBRON R. DENNIS

Pro Se Litigant