F I L E D
5-21-2008
MAY 2 1 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

Greetings Great Judge Kocoras,

My name is Kebron R. Dennis. Case number 07C7224. Kebron Ramond Dennis 1. vs. George Valko et al.

07 cv 7224

I filed a motion opposing summary judgement to move for trial. As pro se litigant, all responsibilities are mine. Therefore honored judge, I am inquiring about the next step in this process. I do know these matters can take some time, therefore I do not rush any decision to be made by you and this court.

To be brief yet concise, my motion was due on April 21-08. I received the defendants reply on April 22nd.

Please honor my interest as earnest and true. Again I do not wish to incur haste in making a decision. I merely am seeking relief for a critically damaging issue.

Thank you for your care and attention Gracious Judge. In addition, I did not get a mailed copy of the reply to defendants motion for summary judgement.

Sincerely,

[signature]   5·18·8

Certificate of Service

I Kebron R. Dennis swear under penalty of perjury that I served a copy of the attratched documents on 5-18-8 by placing it in the mail at the Lake County Correctional Center on May 18. 2008

_____