# United States District Court
## Northern District of Illinois
### Eastern Division

Kebron Ramond Dennis I                    **JUDGMENT IN A CIVIL CASE**

       v.                              Case Number: 07 C 7224

George Valko et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of all defendants against plaintiff. Plaintiff to take nothing. All matters in controversy having been resolved, final judgment is entered in favor of all defendants and against plaintiff.

                                        Michael W. Dobbins, Clerk of Court

Date: June 11, 2008                    /s/ Stephen C. Tokoph, Deputy Clerk